UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LAMELL ADAMS DERRON,**<br><br>Plaintiff,<br><br>vs.<br><br>**TRANSUNION,**<br><br>Defendant. | 2:22-CV-11400-TGB-DRG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 13)** |

This matter is before the Court on Magistrate Judge David R. Grand's February 21, 2023 Report and Recommendation ("R&R") recommending that Plaintiff Lamell Adams Derron's complaint be dismissed without prejudice for failure to prosecute. ECF No. 13. On December 22, 2022, Magistrate Judge Grand ordered Plaintiff to show cause for his failure to timely accomplish service. ECF No. 12. The show cause Order required Plaintiff to respond by January 13, 2023, and noted dismissal without prejudice as a consequence for Plaintiff's failure to effectuate service. To date, Plaintiff has not responded to the show cause Order or properly completed service.

The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which

1

objection is made." *Id.* Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

Here, the R&R was served by mail approximately four weeks ago. Being mindful of potential delays in receiving and responding to mail, the Court has allowed Plaintiff significant additional time to raise objections. But even with this additional time, Plaintiff has failed to raise any objections to the R&R.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation (ECF No. 13) is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that the Plaintiff's case is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

Dated: March 28, 2023  s/Terrence G. Berg
　　　　　　　　　　　　TERRENCE G. BERG
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE