UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **LAMELL ADAMS DERRON,**  Plaintiff,  vs.  **TRANSUNION,**  Defendant. | **2:22-CV-11400-TGB-DRG**  **JUDGMENT** |

For the reasons stated in the opinion and order entered on today's date, it is hereby ordered and adjudged that the case is **DISMISSED WITHOUT PREJUDICE.**

Dated at Detroit, Michigan:  March 28, 2023.

                                          KINIKIA ESSEX
                                          CLERK OF THE COURT

                                          s/A. Chubb
                                          Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

1